UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:18-CV-59-FL

| | | |
|---|---|---|
| NAPIER SANDFORD FULLER, | ) | |
| | ) | |
| Plaintiff | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| REBECCA W. HOLT, et al., | ) | |
| | ) | |
| Respondent. | ) | |

THIS MATTER is before the Court on the **Motion to Seal Exhibit and for Leave to File a Redacted Exhibit (D.E. 17)** of Defendants, REBECCA W. HOLT, RICHARD A. BADDOUR, JR., JAMES C. STANFORD, JAMES T. BRYAN, III, SAMANTHA HYATT CABE, and CATHERINE C. STEVENS:

The Court has determined that there is good cause shown to seal Exhibit 2 to the Memorandum in Support of the Motion to Dismiss (D.E. 12-3) because it shows Plaintiff's date of birth.

Accordingly, the above motion is granted and it is ordered:

1) The Clerk of Court is directed to seal Exhibit 2 (D.E. 12-3); and

2) Defendants shall within 7 days file on the docket their Exhibit 2, with plaintiff's birth date fully redacted therefrom.

This the 28th day of June 2018.

_____
U.S. District Judge Louise Wood Flanagan