UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:18-CV-59-FL

| | | |
|---|---|---|
| NAPIER SANDFORD FULLER, | ) | |
| | ) | |
| Plaintiff | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| REBECCA W. HOLT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the **Motion for Leave to File The Motion for an Order Limiting Communications Between the Parties and the Attached Exhibits under Seal** of Defendants, REBECCA W. HOLT, RICHARD A. BADDOUR, JR., JAMES C. STANFORD, JAMES T. BRYAN, III, SAMANTHA HYATT CABE, and CATHERINE C. STEVENS:

The Court has determined there is good cause shown to seal **Defendants' Motion for an Order Limiting Communications Between the Parties** and the **Attached Supporting Exhibits** for the reasons set forth in the motion.

Accordingly, the above motion is granted and it is ordered:

1)   The Clerk of Court is directed to seal **Defendants' Motion for an Order Limiting Communications Between the Parties** and the **Attached Supporting Exhibits.**

2)   Any response or reply to said motion shall similarly be filed under seal.

This the 31st day of October, 2018.

_____
U.S. District Judge Louise Wood Flanagan