UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| NAPIER SANDFORD FULLER )<br>        Plaintiff, )<br>    )<br>v.     )<br>    )<br>    )<br>REBECCA W. HOLT, in her official )<br>capacity as employee of the North Carolina, )<br>Office of the Courts, RICHARD A. )<br>BADDOUR, in his official capacity as )<br>employee of the North Carolina )<br>Administrative Office of the Courts, JAMES )<br>C. STANFORD, in his official capacity as )<br>employee of the North Carolina )<br>Administrative Office of the Courts, )<br>JAMES T. BRYAN, III, in his official )<br>capacity as employee of the North Carolina )<br>Administrative Office of the Courts, )<br>SAMANTHA HYATT CABE, in her )<br>official capacity as employee of the North )<br>Carolina Administrative Office of the )<br>Courts, and CATHERINE C. STEVENS )<br>in her official capacity as employee of the )<br>North Carolina Administrative Office of )<br>the Courts. )<br>        Defendants. ) | **AMENDED JUDGMENT**<br><br>No. 7:18-CV-59-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 21, 2018, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on January 2, 2019, and Copies To:**
Napier Sandford Fuller  (via US mail) 2201 Lynnwood Drive, Wilmington, NC 28403.
Peter Andrew Regulski (via CM/ECF Notice of Electronic Filing)


January 2, 2019                 PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk