IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CV-59-FL

| | | |
|---|---|---|
| NAPIER SANDFORD FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REBECCA W. HOLT, in her official capacity as employee of the North Carolina Office of the Courts, RICHARD A. BADDOUR, in his official capacity as employee of the North Carolina Administrative Office of the Courts, JAMES C. STANFORD, in his official capacity as employee of the North Carolina Administrative Office of the Courts, JAMES T. BRYAN, III, in his official capacity as employee of the North Carolina Administrative Office of the Courts, SAMANTHA HYATT CABE, in her official capacity as employee of the North Carolina Administrative Office of the Courts, and CATHERINE C. STEVENS, in her official capacity as employee of the North Carolina Administrative Office of the Courts, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's ex parte emergency motion for temporary restraining order (DE 87), and motion for stay pending appeal (DE 84). Plaintiff asks the court to order the North Carolina state courts to provide ADA accommodations during his post conviction bond reduction hearing on February 25, 2019. For reasons analogous to those discussed more fully in the court's order dated November 21, 2018, Younger abstention is required. See Nivens v.

Gilchrist, 319 F.3d 151, 153 (4th Cir. 2003). Accordingly, plaintiff's motion for temporary restraining order (DE 87) is DENIED. Having provided no basis for stay of amended judgment, plaintiff's motion for stay pending appeal (DE 84) is DENIED.

SO ORDERED, this the 25th day of February, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge